JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA BROWN,<br><br>        Petitioner,<br><br>      v.<br><br>DOE,<br><br>        Respondent. | Case No. SA CV 15-101-VAP (SP)<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order Dismissing Petition for Failure to Prosecute, Failure to Name Proper Respondent, and Failure to Exhaust,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: April 9, 2015_____

                                              _____
                                              HONORABLE VIRGINIA A. PHILLIPS
                                              UNITED STATES DISTRICT JUDGE